# RETURN OF SERVICE

| | | |
|---|---|---|
| State of Texas | County of Western | Western District Court |

Case Number: 3:25-CV-00231

Plaintiff:
**BRANDON CALLIER, AN INDIVIDUALLY, AND BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**AMERICAN AUTO GROUP LLC DBA ALL AMERICAN AUTO CARE, A CALIFORNIA LIMITED LIABILITY COMPANY**

For:
Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401

Received by AAA Attorney Services II, Inc. to be served on **AMERICAN AUTO GROUP LLC , LEAH TEDESCO, 6789 QUAIL HILL PKWY, #722, IRVINE, CA 92603**.

I, VERONICA SOLANO, do hereby affirm that on the **27th day of June, 2025** at **12:20 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMON IN A CIVIL ACTION AND CLASS ACTION COMPLAINT** to: **BREE SALGADO**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **6789 QUAIL HILL PKWY, #722, IRVINE, CA 92603**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: HISPANIC, Height: 5-6, Weight: 160, Hair: BLACK, Glasses: .

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

*Veronica Solano*

**VERONICA SOLANO**
6230
6/27/2025
**Date**

AAA Attorney Services II, Inc.
P.O. Box 2309
Orange, CA 92859
(714) 633-4167

Our Job Serial Number: ACA-2025002260
Service Fee: $102.00

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d