## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Western** | **Western District Court** |

Case Number: 3:25-CV-00231

Plaintiff:
**BRANDON CALLIER, AN INDIVIDUALLY, AND BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**AMERICAN AUTO GROUP LLC DBA ALL AMERICAN AUTO CARE, A CALIFORNIA LIMITED LIABILITY COMPANY**

For:
Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401

Received by AAA Attorney Services II, Inc. to be served on **AMERICAN AUTO GROUP LLC , LEAH TEDESCO, 6789 QUAIL HILL PKWY, #722, IRVINE, CA 92603**.

I, VERONICA SOLANO, do hereby affirm that on the **27th day of June, 2025** at **12:20 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMON IN A CIVIL ACTION AND CLASS ACTION COMPLAINT** to: **BREE SALGADO**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **6789 QUAIL HILL PKWY, #722, IRVINE, CA 92603**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location ,**as stated by BREE SALGADO**, in compliance with state statutes.

**Additional Information pertaining to this Service:**
* A true copy of the documents were sealed and placed in the United States mail with First Class postage prepaid on & from:  8/5/2025  FROM ORANGE, CA

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: HISPANIC, Height: 5-6, Weight: 160, Hair: BLACK, Glasses: .

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

*Veronica Solano*

**VERONICA SOLANO**
6230
8/5/2025
**Date**

AAA Attorney Services II, Inc.
P.O. Box 2309
Orange, CA 92859
(714) 633-4167

Our Job Serial Number: ACA-2025002260
Service Fee: $102.00