## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 3:25-CV-00231-LS

Plaintiff:
**BRANDON CALLIER, AN INDIVIDUALLY, AND BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**AMERICAN AUTO GROUP LLC DBA ALL AMERICAN AUTO CARE, A CALIFORNIA LIMITED LIABILITY COMPANY**

For:
Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401

Received by AAA Attorney Services II, Inc. to be served on **AMERICAN AUTO GROUP LLC C/O LEAH TEDESCO, 322 SHADOW OAKS, IRVINE, CA 92618**.

I, Leon Galliano, do hereby affirm that on the **30th day of August, 2025** at **9:15 am, I:**

**NON-SERVED** the **SUMMON IN A CIVIL ACTION AND CLASS ACTION COMPLAINT** for the reason that I failed to find **AMERICAN AUTO GROUP LLC C/O LEAH TEDESCO** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/27/2025  7:30 pm  Attempted Service at 322 SHADOW OAKS, IRVINE, CA 92618. MADE CONTACT WITH A FEMALE OCCUPANT - (FEMALE, BLACK, Approx. 30+YRS) , SHE WAS UNCOOPERATIVE, I ASKED FOR LEAH TEDESCO AND THE OCCUPANT'S RESPONSE WAS "WHAT DO YOU WANT FORM HER" I EXPLAINED THE NATURE OF MY VISIT AND SOON AFTER SHE CLOSED THE DOOR ON ME / I AM UNABLE TO CONFIRM IF THIS IS THE SUBJECT, SHE REFUSED TO PROVIDE HER NAME OR ANY INFORMATION /  I LEFT A COURTESY COPY ON THE DOOR
8/28/2025  8:00 pm  Attempted Service. at 322 SHADOW OAKS, IRVINE, CA 92618 NO ANSWER AT THE RESIDENCE (N/A)
8/29/2025  3:08 pm  Attempted Service. at 322 SHADOW OAKS, IRVINE, CA 92618 NO ANSWER AT THE RESIDENCE (N/A),NO ACTIVITY SEEN OR HEARD / I LOOKED THROUGH THE ELECTORNIC DIRECTORY BUT THE SUBJECT IS NOT LISTED
8/30/2025  9:15 am  Attempted Service. at 322 SHADOW OAKS, IRVINE, CA 92618 NO ANSWER AT THE RESIDENCE (N/A), NO ACTIVITY, NO ANSWER AT NEIGHBOR

## RETURN OF NON-SERVICE For 3:25-CV-00231-LS

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**Leon Galliano**
Process Server #1823

9/2/2025
**Date**

**AAA Attorney Services II, Inc.**
**P.O. Box 2309**
**Orange, CA 92859**
**(714) 633-4167**

Our Job Serial Number: ACA-2025003029
Service Fee: $102.00

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d