## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

BRANDON L. CALLIER, §
INDIVIDUALLY, AND ON BEHALF §
OF ALL OTHERS SIMILARLY §
SITUATED, §
§
  *Plaintiff*, §
§    No. 3:25-CV-00231-LS
**v.** §
§
AMERICAN AUTO GROUP LLC, §
§
  *Defendant.* §

### ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Brandon Callier moves for default judgment against Defendant American Auto Group, LLC, on his Telephone Consumer Protection Act ("TCPA") and Texas Business and Commerce Code ("TBCC") claims. The Court referred the motion to the Honorable Miguel Torres for report and recommendation, who recommended that the Court grant in part and deny in part the motion for default judgment. No party objected to the recommendation. The Court therefore **ADOPTS** the report and recommendation, **GRANTS IN PART AND DENIES IN PART** Plaintiff's motion for default judgment [ECF No. 18], **AWARDS** Plaintiff damages totaling $1,000.00, and **DENIES** Plaintiff's request for a permanent injunction. Plaintiff shall separately move for attorney's fees and document hours worked on this case by **June 30, 2026**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 16, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**